UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE CEPEDA | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| ATS LLC OF CROSSVILLE, TN, ET AL | : | JULY 1, 2019 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, ATS LLC of Crossville, TN, and Michael A. Leck, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Waterbury for the following reasons:

1.      The plaintiff commenced the instant action against the undersigned defendants, ATS LLC of Crossville, TN, and Michael A. Leck, by service of a Summons and Complaint dated June 12, 2019.  On June 12, 2019, the plaintiff provided a courtesy copy of the Summons and Complaint to the defendants via facsimile and USPS mail.  However, the matter has not yet been returned to Superior Court and the undersigned does not have information regarding the specific date(s) of service upon each named defendant.

2.      The action is returnable in the Superior Court for the Judicial District of Waterbury on July 23, 2019.

3. The above-described action is a civil action and is one, which may be removed to the Court by the petitioner, defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Jose Cepeda, is a citizen of Connecticut, the defendant, ATS LLC of Crossville, TN, is a Tennessee Corporation with its principal place of business in Tennessee, the defendant, Michael A. Leck, is a Tennessee resident, and the amount in controversy is greater than $75,000.

4. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

5. The defendants deny all the plaintiffs' allegations of damages and liability.

6. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiffs and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 300 Grand Street, Waterbury, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
ATS LLC OF CROSSVILLE, TN, and
MICHAEL A. LECK


By /s/ Lauren E. Mansfield
   Lauren E. Mansfield
   Ct30284
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-11921
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: lmansfield@hl-law.com

## **CERTIFICATION**

This is to certify that on July 1, 2019, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Isaias T. Diaz, Esq.
Dressler Strickland
84 Cedar Street
Hartford, CT  06106

                                                */s/ Lauren E. Mansfield*
                                                Lauren E. Mansfield

# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

### See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| Waterbury Superior Court, 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591-3300 | JULY    23    2019 |

| ☒ Judicial District    ☐ G.A. Number: | Housing Session | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Waterbury | Case type code (See list on page 2) Major: V   Minor: 01 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Dressler Strickland, 84 Cedar Street, Hartford, CT 06106 | 106079 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 247-1122 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) litigation@dresslerlaw.com |
|---|---|---|

Number of Plaintiffs: 1   Number of Defendants: 2   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | **Name:** Cepeda, Jose<br>**Address:** 63 Farmcrest Drive, Waterbury, CT 06704 | |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | **Name:** ATS LLC OF CROSSVILLE, TN; 964 Sparta Hwy, Crossville, TN 38572<br>**Address:** c/o AGENT FOR SERVICE: Secretary of the State, 30 Trinity Street, Hartford, CT 06106 | D-01 |
| | Address: c/o Agent for Service: Commissioner of Motor Vehicle, 60 State Street, Wethersfield, CT 06109 | |
| Additional Defendant | **Name:** Leck, Michael, A., 117 Virginia Street, McMinnville, TN 37110<br>**Address:** c/o AGENT FOR SERVICE: Commissioner of Motor Vehicle, 60 State Street, Wethersfield, CT 06109 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Isaias T. Diaz, Esq. | Date signed 6/12/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JULY 23, 2019 | : SUPERIOR COURT |
| JOSE CEPEDA | : J. D. OF WATERBURY |
| V. | : AT WATERBURY |
| ATS LLC OF CROSSVILLE TN, ET AL | : JUNE 12, 2019 |

<u>COMPLAINT</u>

1. On or about November 19, 2018, at approximately 6:32 p.m., the plaintiff, Jose Cepeda, was operating his motor vehicle in a generally westerly direction in the center lane of three on Interstate 84 westbound, a public highway, approximately 100 feet west of Exit 25, in Waterbury, Connecticut.

2. On said date and at said time and place, defendant, Michael A. Leck, was operating a tractor trailer owned by the defendant, ATS, LLC of Crossville, TN, as agent, servant, or employee and/or within the meaning of §52-183 of the General Statutes in a generally westerly direction on said Interstate 84 westbound and in the left lane adjacent to the plaintiff's motor vehicle.

3. On said date and at said time and place, the defendant, Michael A. Leck, operated said tractor trailer into the center lane of Interstate 84 westbound, causing a collision with the plaintiff's vehicle and causing the plaintiff to suffer the injuries, losses and damages set forth more particularly hereinafter.

4. The injuries, losses and damages suffered by the plaintiff were caused by the negligence and carelessness of the defendant, Michael A. Leck, in one or more of the following ways:

a.  IN THAT he turned said tractor trailer from a direct course upon the highway or moved said vehicle to the right when such movement could not be made with reasonable safety, in violation of §14-242(a) of the Connecticut General Statutes;

b.  IN THAT he operated the tractor trailer at a greater rate of speed than the circumstances warranted, having due regard for the width, traffic and use of said highway, the intersection of streets, and the highway and weather conditions then and there prevailing, in violation of §14-218a of the General Statutes;

c.  IN THAT he failed to drive said tractor and trailer as nearly as practicable within a single lane or drove said vehicle from the lane in which he was proceeding without ascertaining that such movement could be made with safety, in violation of §14-236 of the Connecticut General Statutes;

d.  IN THAT he failed to have his tractor trailer under reasonable and proper control;

e.  IN THAT he was inattentive and/or failed to keep a reasonable and proper lookout;

f.  IN THAT he failed to apply the brakes in time to avoid the collision;

g.  IN THAT he operated the tractor and trailer at an excessive rate of speed for the circumstances then and there prevailing;

h.  IN THAT he operated said tractor and trailer while he was tired, drowsy and/or unfit to drive due to excessive operation of said tractor trailer;

i.  IN THAT he failed to grant the right of way to the plaintiff's motor vehicle;

j.  IN THAT he engaged in an activity not related to the actual operation of a motor vehicle in a manner that interfered with the safe operation of such vehicle on a highway, in violation of §14-296aa(e) of the General Statutes; and

k.  IN THAT he operated his tractor trailer in excess of the hours of service regulations applicable to motor carriers as set forth in 49 C.F.R. Part 395.

5.  As a result of the negligence and carelessness of the defendant as aforesaid, the plaintiff sustained a cervical sprain/strain, thoracic sprain/strain, lumbar sprain/strain, left rib contusion, left hand/finger contusion, left lower extremity radiculitis, left leg pain, and such other injuries as are yet unknown.

6.  From all of the injuries and the effects thereof, the plaintiff was rendered sore and disabled and is suffering and will continue to suffer from pain, discomfort, soreness, limitation of motion and restriction of activity.

7.  The plaintiff's injuries, or some of them, may and/or will be permanent in nature.

8.  As a further result of the negligence and carelessness of the defendant as aforesaid, the plaintiff was forced to incur expenses for medical care and attention, and it is reasonably probable that the plaintiff's injuries, or some of them, will require future medical treatment and expenditures.

9.  Jurisdiction for this action against defendants is based on the long arm statute, Connecticut General Statutes §52-59b(a)(2) for the commission of a tort within the state.

WHEREFORE, the plaintiff claims:

A.    Monetary damages

Dated at Waterbury, Connecticut on June 12, 2019.

PLAINTIFF,

By: _____
Isaias T. Diaz, Esq.
Dressler Strickland
84 Cedar Street
Hartford, CT 06106
(860) 247-1122
Juris # 106079

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

PLAINTIFF,

By: _____
Isaias T. Diaz, Esq.

4