UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE CEPEDA | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| ATS LLC OF CROSSVILLE, TN, ET AL | : | JULY 1, 2019 |

## JURY DEMAND

The defendants, ATS LLC of Crossville, TN and Michael A. Leck, hereby request a jury trial.

        DEFENDANTS,
        ATS LLC OF CROSSVILLE, TN, and
        MICHAEL A. LECK

        By */s/ Lauren E. Mansfield*
          Lauren E. Mansfield
          Ct30284
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114-11921
          Ph:  (860) 249-1361
          Fax:  (860) 249-7665
          E-mail: lmansfield@hl-law.com

## **CERTIFICATION**

      This is to certify that on July 1, 2019, a copy of the foregoing Jury Demand was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Isaias T. Diaz, Esq.
Dressler Strickland
84 Cedar Street
Hartford, CT  06106

                                            */s/ Lauren E. Mansfield*
                                            Lauren E. Mansfield