UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE CEPEDA | NO.: 3:19-cv-01039 (VAB) |
| v. | |
| ATS LLC OF CROSSVILLE AND MICHAEL A. LECK | OCTOBER 29, 2019 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Jose Cepeda, and the defendants, ATS LLC of Crossville and Michael A. Leck, hereby stipulate that this action be dismissed, with prejudice, and with each party to bear their own costs, all matters in controversy between these parties having been fully settled and compromised.

PLAINTIFF
JOSE CEPEDA

By_____
Isaias T. Diaz, Esquire
ct
Law Offices of Dressler Strickland
84 Cedar Street
Hartford, CT 06106
(860) 247-1122
(860) 522-1203 (Fax)
isaias@dresslerlaw.com

DEFENDANTS,
ATS LLC OF CROSSVILLE AND
MICHAEL A. LECK

By_____
Christopher M. Vossler
ct00373
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
(860) 249-1361
(860) 249-7665 (Fax)
cvossler@hl-law.com